IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01828-MSK-KLM

COLORADO FINISHING TRADES HEALTH AND WELFARE FUND;
TRUSTEES OF COLORADO FINISHING TRADES HEALTH AND WELFARE FUND;
INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND;
TRUSTEES OF INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY
PENSION FUND;
COLORADO FINISHING TRADES INSTITUTE;
TRUSTEES OF COLORADO FINISHING TRADES INSTITUTE; and
PAINTERS AND DRYWALL FINISHERS LOCAL UNION NO. 79,

       Plaintiffs,

v.

GARY BINKLEY, d/b/a BINKLEY AND SONS PAINTING,

       Defendant.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 20th day of July, 2011.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge